Christian counseling | life issues

- Home
- 
- Counseling Services
  - Initial Session
- 
- Assessments
- 
- Our Counselors
  - Esther Mills
  - Rosalind Pagliano
  - Our Director
- 
- Counseling Fees
- 
- Testimonies
- 
- Peace With God
- 
- Resources
  - Books
  - Hotlines
  - Insurance
  - Links
  - Emergencies
- 
- Contact
  - Directions

# Our Director

KOH was founded in 2000 by Director, **Dr. Tara King**, EdD, MA, LPC, LCADC. In 1987, she obtained a Bachelor of Arts degree in Counseling from the University of Sioux Falls, located in Sioux Falls, South Dakota. In 1993, she gained a Master of Arts degree in Counseling from Liberty University in Lynchburg, Virginia.

In 2002, she received a Doctor of Education degree in Administration from Nova Southeastern University in Miami, Florida. In addition, she met the requirements to become a Licensed Clinical Alcohol and Drug Counselor (LCADC) in 1998. In 1999, she became a Licensed Professional Counselor (LPC) and a certified Substance Awareness Coordinator (SAC).

Dr. King secured a Master of Arts degree in Special Education from New Jersey City University in 2003. She has been a professional in the mental health and substance abuse fields for over 25 years. She also has experience as a Special Education Teacher and Administrator of Schools.

*"The purposes of a man's heart are deep waters,*
*but a man of understanding draws them out."*
*Proverbs*

Home | About Us | Counseling Services | Testimonials | Resources/Links | Peace With God | Contact | Disclaimer
Copyright © 2011 King of Hearts. All Rights Reserved.

Powered by WordPress and WordPress Theme created with Artisteer.