UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG QUINLAN et. al.<br>**Plaintiffs**<br><br>**V.**<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et. al.<br>(Defendant) | 1:20-cv-02261-TNM |

## NOTICE OF A CHANGE OF ADDRESS AND NOTICE ON SERVICE OF PROCESS STATUS

NOW COMES the Plaintiffs providing notice of a change of address. The Plaintiffs' address is 4301 50th St.Suite 300, #2009 Washington, DC 20816. In terms of service of process, the Plaintiffs have commissioned agents of process to serve the Defendants. The Plaintiffs are waiting for return proof of service to submit to this Court.

/s/Greg Quinlan/
CENTER FOR GARDEN STATE FAMILIES
gquinlan@gardenstatefamilies.org
8 Mary Louise Ave,
Ledgewood,
NJ 07852-9697
(513) 435-1125

/s/Chris Sevier Esq./
DE FACTO ATTORNEYS GENERAL
4301 50th St.
Suite 300, #2009
Washington, DC 20816
(615) 500-4411
Xray Bravo Two Zero
ghostwarsmusic@gmail.com
www.humantraffickingpreventionact.com
www.stopsocialmediacensorshipact.com
www.stopguiltbyaccusationact.com
 www.disentanglementact.com
www.lifeappropriationact.com

/s/Pastor Rich Penkoski/
WARRIORS FOR CHRIST
4301 50th St.
Suite 300, #2009
Washington, DC 20816
pastor@wfcchurch.org
(931) 881-8504
 (To be Represented Pro Hac Vice)

/s/Joan Grace Harley/

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed to the following address on October 13, 2020 Roger Severino, 200 Independence Avenue SW Washington, D.C. 20201, Betsy Devos, 400 Maryland Avenue, SW. Washington, DC 20202, Michael R. Pompeo, U.S. Department of State 2201 C Street NW Washington, DC 20520, Seema Verma, 7500 Security Boulevard, Baltimore, MD 21244, Roger Severino, 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 2020, William Barr U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 .

/s/Chris Sevier Esq./