

20 CV 2261

8-21-2020 MO

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mail Room
NOV 16 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CHRIS SEVIER
4301 50th Street
Suite 300, #2009
Washington, DC 20816

CAP DISTRICT
MD 207
XNP25 AUG 20
PM 1 L

U.S. POSTAGE ▷▷ PITNEY BOWES

ZIP 20001
02 1W
0001399957 AUG 25 2020
$ 000.50⁰

NIXIE      787      CC 1      2211/18/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RTS