UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG QUINLAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 20-2261 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated September 9, 2021. Defendants report that the United States Department of Health and Human Services ("HHS") Office for Civil Rights has continued its diligent efforts and made further progress in its proceedings reconsidering the challenged rule and promulgating a new Section 1557 Rule. HHS continues to anticipate issuing a Notice of Proposed Rulemaking no later than April 2022. The parties therefore propose, consistent with the Court's order, to continue the current stay. The parties will submit another joint status report on May 6, 2022 or within 30 days of the conclusion of the agency's rulemaking, whichever is sooner.

Dated: January 6, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By:   */s/ John Moustakas*
        JOHN MOUSTAKAS, D.C. Bar 442076
        555 Fourth Street, NW
        Washington, D.C. 20530
        (202) 252-2518
        john.moustakas@usdoj.gov

*Attorneys for Defendant*

By:   */s/ Chris Sevier*
CHRIS SEVIER
9 Music Square South 247
Nashville, TN 37203
615-500-4411
Email: ghostwarsmusic@gmail.com
*Pro Se*

GREG QUINLAN
8 Mary Louise Avenue
Ledgewood, NJ 07852-9697
(513) 435-1125
*Pro Se*

JOAN GRACE HARLEY
4301 50th Street
Suite 300, #2009
Washington, DC 20816
(301) 523-4659
*Pro Se*

RICH PENKOSKI
4301 50th Street
Suite 300, #2009
Washington, DC 20816
*Pro Se*