UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG QUINLAN, et. al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> )    Civil Action No. 20-2261 (TNM) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendants in this matter, who is substituting as counsel of record for Assistant United States Attorney John Moustakas.

Dated: December 28, 2023

Respectfully Submitted,

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
   for the District of Columbia
601 D St. N.W.
Washington, D.C. 20001
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Counsel for United States of America*