UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG QUINLAN, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 20-2261 (TNM) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

As required by the Court's July 19, 2023, Minute Order, the parties respectfully submit this Joint Status Report as to the progress of the U.S. Department of Health and Human Services' ("HHS") rulemaking process for the implementation of Section 1557 of the Affordable Care Act.

The United States Department of Health and Human Services ("HHS") Office for Civil Rights published a proposed rule implementing Section 1557 of the Affordable Care Act in the Federal Register on August 4, 2022. Nondiscrimination in Health Programs and Activities, 87 Fed. Reg. 47,824 (Aug. 4, 2022). HHS is moving as quickly as possible to consider the more than 85,000 comments submitted on the proposed rule and to issue a final rule that addresses those comments and the many complex issues covered by the rulemaking.

It is difficult for HHS to predict with exact accuracy when the rule will be finalized given the multiple levels of intra- and inter-agency review required, as well as the potential for unforeseen circumstances to interfere with the HHS' plans. On December 21, 2023, however, HHS submitted the rule to the Office of Information and Regulatory Affairs for final clearance, and the rule is pending Executive Order 12866 Regulatory Review.

In light of the alternative methods for triggering the submission of further joint status reports in this case, the parties propose filing their next another joint status report on April 9, 2024 or within 30 days of the conclusion of the agency's rulemaking, whichever is sooner. A proposed order is attached hereto.

| | |
|---|---|
| Dated: January 8, 2024 | Respectfully Submitted, |
| /s/ Chris Sevier<br>CHRIS SEVIER<br>9 Music Square South 247<br>Nashville, TN 37203<br>(615) 500-4411<br>Email: ghostwarsmusic@gmail.com<br>*Pro Se* | MATTHEW M. GRAVES<br>D.C. Bar # 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| GREG QUINLAN<br>8 Mary Louise Avenue<br>Ledgewood, NJ 07852-9697<br>(513) 435-1125<br>*Pro Se* | /s/ Joseph F. Carilli, Jr.<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D St. N.W.<br>Washington, D.C. 20001<br>(202) 252-2525<br>joseph.carilli@usdoj.gov |
| JOAN GRACE HARLEY<br>4301 50th Street Suite 300, #2009<br>Washington, DC 20816<br>(301) 523-4659<br>*Pro Se* | *Counsel for United States of America* |
| RICH PENKOSKI<br>4301 50th Street Suite 300, #2009<br>Washington, DC 20816<br>*Pro Se* | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREG QUINLAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 20-2261 (TNM) |

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file by April 9, 2024 or within 30 days of the conclusion of the agency's rulemaking, advising the Court of the status of this matter

It is SO ORDERED

_____          _____
Date                                                        TREVOR N. MCFADDEN
                                                                   U.S. District Court Judge