20 CV 2261

US POSTAGE PITNEY BOWES
$000.63
ZIP 20001
0001399957 JAN 08 2024

RECEIVED
Mail Room
JAN 24 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

JOAN GRACE HARLEY
~~1201 15th Street~~
~~Suite 600, #2003~~
~~Washington, DC 20010~~



UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

