UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREG QUINLAN et. al.** <br> **Plaintiffs** <br><br> **V.** <br><br> **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et. al.** <br> **(Defendant)** | 1:20-cv-02261-TNM |

**NOTICE OF TEMPORARY WITHDRAW PURSUANT TO FRCP 41(a)**

     The Plaintiffs withdraw or non-suit the above titled case pursuant to FRCP 41(a). The Plaintiffs intended to be present at the case management conference scheduled for today. However, Plaintiff Sevier is at the Bevely Hills VA combating some non-life threatening yet skin disease contracted last month while on a mission trip to Mexico. Plaintiff Penkoski is bogged down in legal controversies in Wisconsin following incidents outside of RNC convention with LGBTQ leftist extremists. Plaintiff Quinlan was available to appear today, however, all of the Plaintiffs are focused on a current lawsuit they filed in The United States District Court for the Middle District Of Florida to remove the LGBTQ side walk display in an action brought under 42 USC sec 1983 for violating the Establishment Clause and alternatively for view point discrimination. The issues in that case are somewhat similar to the one's here - requiring that the government disentangle itself with the religion of Leftist Secular Humanism as the Establishment Clause requires. The Plaintiffs have limited resources and time and can only focus on one case at a time. They believe that they should prioritize the pending Florida action.  The Plaintiffs ask that this case be dismissed without prejudice. The Plaintiffs have been in communication with Trump administration about this action through his former wife Marla Trump. Based on those

communications, the Plaintiffs believe that The Defendants' position towards the Plaintiffs action here will be different if President Trump is elected in three months from now. To save judicial under the totality of the circumstances the Plaintiffs submit this request in what they believe is in the best interest of all parties. The Plaintiffs do not think the government should be required to put forth a herculean effort at this time to combat the Plaintiffs claims, when a new administration is likely to side with the Plaintiffs. Just as Eric Holder refused to defend DOMA, Trump's DOJ will more likely than not defend against the Plaintiffs claims here. The case should be temporarily paused or withdrawn until after the election in November.

/s/ Christopher Sevier Esq./
DE FACTO ATTORNEYS GENERAL
SPECIAL FORCES OF LIBERTY
www.specialforcesofliberty.com
(615) 500-4411
420 w 42
New York, NY 10036
9015 Sunset Blvd.
Hollywood, CA 90069
ghostwarsmusic@gmail.com
1LT JA 27A
Delta Tango Bravo

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was mailed to the following address onAugust 1, 2024 Roger Severino, 200 Independence Avenue SW Washington, D.C. 20201, Betsy Devos, 400 Maryland Avenue, SW. Washington, DC 20202, Michael R. Pompeo, U.S. Department of State 2201 C Street NW Washington, DC 20520, Seema Verma, 7500 Security Boulevard, Baltimore, MD 21244, Roger Severino, 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 2020, William Barr U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 .

/s/Chris Sevier Esq./